**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8448**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

         v.

MARTIN F. SALAZAR,

              Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Aiken.   Margaret B. Seymour, District Judge. (1:06-cr-00123-MBS-1)

Submitted:  May 7, 2009                     Decided:  June 1, 2009

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Martin F. Salazar, Appellant Pro Se.   Dean A. Eichelberger, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin F. Salazar appeals the district court's order denying his pro se motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Salazar</u>, No. 1:06-cr-00123-MBS-1 (D.S.C. Nov. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>